IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANGEL GONZALEZ,  )
         Plaintiff,  )
           ) C.A. No. 12-309 Erie
           )
v.  )
           )
MR. HARLOW, et al,  )
         Defendants.  )

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on December 10, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on January 22, 2014, recommended that Defendants' Motion to Dismiss [ECF No.14] be granted in its entirety, and the Clerk of Courts be directed to close this case. Service was made on Plaintiff by mail at SCI Albion, where he is incarcerated, and on Defendants. Objections were filed by Plaintiff on January 28, 2014. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

AND NOW, this 21st day of February, 2014;

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss [ECF No.14] is granted in its entirety. The Clerk of Courts is directed to close this case.

The report and recommendation of Magistrate Judge Baxter, dated January 22, 2014, is adopted as the opinion of the court.

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record